*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8718-GW(CWx) | Date | May 24, 2012 |
|---|---|---|---|
| Title | *Gohar Cheshmejyan v. Bank of America* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On April 18, 2012, an Order to Show Cause for Lack of Prosecution was issued for the following reason: Plaintiff has not diligently prosecuted this action.

Plaintiff was given until May 22, 2012 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   JG